IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TRAVIS JONES,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4037

Opinion filed December 6, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Travis Jones, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED. See Fla. R. App. P. 9.141(c)(5)(A).

ROBERTS, C.J., MAKAR and M.K. THOMAS, JJ., CONCUR.